| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE: 2/24/2020<br>TIME: 10:00 am |

CASE:  **CV 19-0361(JS) Schultz et al v. County of Suffolk**

TYPE OF CONFERENCE:   STATUS            FTR: 10:07-10:16

APPEARANCES:
  For Plaintiff:   Andrew Campanelli

  For Defendant: Joseph Macy

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒    Other:   Status conference held. Documents from the Police Department will be produced on or before March 25, 2020.  Documents from the District Attorney's office will be produced on or before April 27, 2020.  In the event the District Assistant's Office fails to produce the documents by this date, a representative of the District Attorney's office must appear at the next status conference to explain the delay.  New discovery deadlines will be addressed at the next status conference.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

     4/27/2020 at 10:00 am          : Status conference


                                    SO ORDERED

                                    /s/Steven I. Locke
                                    STEVEN I. LOCKE
                                    United States Magistrate Judge