| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE: STEVEN I. LOCKE                                                DATE: 3/2/21
        U.S. MAGISTRATE JUDGE                                        TIME: 10:00 am

CASE: **CV 19-0361/CV 19-4387 (GRB) Schultz et al and Burlock et al v. The County of Suffolk**
TYPE OF CONFERENCE: STATUS                                    FTR:

APPEARANCES:
    For Plaintiff:   Andrew Campanelli

    For Defendant: Joseph Macy and Donna Napolitano

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other:   Status conference held. The Court is ordering Renee Pardo, Counsel for the police department, to appear at this conference and be prepared to explain the delay in the County's document production thus far, and when ALL of the outstanding documents are going to be served. Plaintiffs oral motion to serve 176 interrogatories addressing the topics discussed on the record is granted on consent.

**COURT APPEARANCES:**
The following conference(s) will be held via the Court's AT&T Conference line:

      3/18/21 at 1:30 pm  : Status conference

**The parties should dial 1-877-336-1829 and enter access code 3002871# at the prompt**

                                                        SO ORDERED

                                                        /s/Steven I. Locke
                                                        STEVEN I. LOCKE
                                                        United States Magistrate Judge